**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00206-CV

### DONAL R. SCHMIDT, ET AL, Appellants

### V.

### COLIN RICHARDSON, ET AL, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-06318

## ORDER

We **GRANT** appellants' March 20, 2013 motion for an extension of time to file a brief. Appellants shall file their brief on or before April 15, 2013. We caution appellants that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE